■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES McCORMACK, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered May 10, 1963 after a jury trial, convicting him of grand larceny in the first degree by reason of his unauthorized use of a motor vehicle (Penal Law, § 1293-a) and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Judgment affirmed (cf. *People* v. *Alexander*, 13 A D 2d 520). Beldock, P. J., Ughetta, Kleinfeld, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE KOLFF VAN OOSTERWYK, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, entered June 11, 1963, which denied without a hearing his application to vacate a judgment of said court, rendered October 19, 1951 on his plea of guilty, convicting him of attempted robbery in the first degree, assault in the first degree, and unlawfully carrying a concealed weapon, and imposing separate and consecutive sentences for each such crime. Order affirmed (see *People ex rel. Maurer* v. *Jackson*, 2 N Y 2d 259; *People* v. *Black*, 18 A D 2d 719; *People ex rel. Concepcion* v. *Fay*, 19 A D 2d 778; *People ex rel. Eldard* v. *La Vallee*, 15 A D 2d 611; *People* v. *Gallo*, 19 A D 2d 620). [For appeal from order denying prior *coram nobis* application, see *People* v. *Van Oosterwyk*, 18 A D 2d 841.] Beldock, P. J., Ughetta, Kleinfeld, Hill and Hopkins, JJ., concur.